IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSI DAVIS, ALLYSON HALPERIN, EMILY PAIGE PAGE, BRIANNA AARON, LEANNA ROSE, AND ASHLEY FRANCO, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELCARE USA, LLC, AND PLAYTEX PRODUCTS, LLC,<br><br>Defendants. | Case No. 3:23-cv-00119-VAB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Jessi Davis, Allyson Halperin, Emily Page, Brianna Aaron, Leanna Rose, and Ashley Franco ("Plaintiffs") and Defendants Angelcare USA, LLC ("Angelcare") and Playtex Products, LLC ("Playtex," and along with Angelcare, "Defendants"), by and through their respective counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this case with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 2nd day of December, 2024.

<div style="columns:2">

*By: /s/ Yeremey Krivoshey*
Yeremey Krivoshey
(admitted *pro hac vice*)
**SMITH KRIVOSHEY, PC**
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
yeremey@skclassactions.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd floor
New York, NY 10019
Telephone: 646-837-7150
Facsimile: 212-989-9163
jmarchese@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr., Esq.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
james.reardon@reardonscanlon.com

*Counsel for Plaintiffs*

**DEFENDANT ANGELCARE USA, LLC**

*By: /s/ Cari K. Dawson*
Cari K. Dawson (admitted pro hac vice)
Kara F. Kennedy (admitted pro hac vice)
Jamie S. George (admitted pro hac vice)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
cari.dawson@alston.com
kara.kennedy@alston.com
jamie.george@alston.com

Kim E. Rinehart (ct24427)
James I. Glasser (ct07221)
**WIGGIN AND DANA LLP**
One Century Tower, P.O. Box 1832
New Haven, CT 06508-1832
Telephone: (203) 498-4313
Facsimile: (203) 762-2889
krinehart@wiggin.com
jglasser@wiggin.com

**DEFENDANT PLAYTEX PRODUCTS, LLC**
*By: /s/ Megan McCurdy*
Megan McCurdy (admitted pro hac vice)
**STINSON LLP**
1201 Walnut Street Suite 2900
Kansas City, MO 64106
Telephone: 816-842-8600
Facsimile: 816-691-3495
megan.mccurdy@stinson.com

</div>

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

<div align="right">

*/s/ James J. Reardon, Jr.*
James J. Reardon, Jr.

</div>